UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00424-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELVERADO AIRADA, a/k/a Jose Navarro-Hernandez,

    Defendant.

## ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on October 24, 2008. A Change of Plea hearing is set for **November 21, 2008 at 3:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: October 24, 2008